**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1157**

_____

DUANE GERALD DAVIS, SR.,

Plaintiff - Appellant,

v.

STATE OF MARYLAND; GOVERNOR MARTIN O'MALLEY; JAMES W.
JOHNSON, Baltimore County Chief of Police; GREGG L.
BERNSTEIN, Baltimore City State's Attorney; SCOTT D.
SCHELLENBERGER, Baltimore County State's Attorney, In their
official capacities and as individuals,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. George L. Russell, III, District Judge.
(1:12-cv-03570-GLR)

_____

Submitted: June 20, 2013             Decided: June 25, 2013

_____

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Duane Gerald Davis, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duane Gerald Davis, Sr., appeals the district court's order dismissing without prejudice his civil action. Davis titled his action as a "Complaint for Fraud, Unlawful Breach of Fiduciary Duty, and for Declaratory Relief," in which he also sought mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we deny Davis leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Davis v. Maryland, No. 1:12-cv-03570-GLR (D. Md. Jan. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED